_____

No. 96-1868
_____

Major Becton,                          *
                                       *
          Appellant,                   *
                                       * Appeal from the United States
     v.                                * District Court for the
                                       * Eastern District of Missouri.
United States of America,              *
                                       *          [UNPUBLISHED]
          Appellee.                    *


_____

          Submitted:  August 29, 1996

             Filed:  September 10, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Major Becton pleaded guilty to several narcotics offenses and was
sentenced to 156 months imprisonment.  Prior to his plea, federal agents
had seized cash representing drug proceeds; some of the cash was
administratively forfeited, and some was the subject of a judicial
forfeiture action that was dismissed after Becton's sentencing.  Becton
then filed this 28 U.S.C. § 2255 motion, contending that the government had
successively prosecuted him for the same conduct, in violation of the
Double Jeopardy Clause. The district court[1] rejected this contention, and
Becton appeals.

     We note that, contrary to Becton's assertion on appeal, the district
court's order clearly indicated the court's reasons for denying the motion.
Upon our de novo review, we conclude that

_____

     [1]The Honorable Stephen N. Limbaugh, United States District
Judge for the Eastern District of Missouri.

Becton was not entitled to relief on his double jeopardy claim.  See <u>United</u>
<u>  ates  v.  Ursery</u>                                          l
forfeitures                        & (7) are neither punishment nor
criminal for purposes of Double Jeopardy Clause).


      A true copy.

            Attest: